FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2014 MAR 19 P 12: 13

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:14MJ _144_ |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| TIFFANY R. GARDNER, | ) | Court Date: March 24, 2013 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

(COUNT I - Class A Misdemeanor 2352278)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 23, 2014, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, TIFFANY R. GARDNER, did unlawfully, knowingly or intentionally possess a mixture and substance which contains a detectable amount of Percocet, a Schedule II controlled substance.

(Violation of Title 21, United States Code, Section 844(a))

(COUNT II – Class A Misdemeanor - 2352279)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 23, 2014, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, TIFFANY R. GARDNER, did unlawfully, knowingly or intentionally possess a mixture and substance which contains a detectable amount of marijuana, a Schedule I controlled substance.

(Violation of Title 21, United States Code, Section 844(a))

(COUNT III - Class A Misdemeanor -2352280)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 23, 2014, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, TIFFANY R. GARDNER, did unlawfully drive or operate a motor vehicle while under the influence of narcotic drug.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-266(iii), 1950, as amended)

Respectfully Submitted,

Dana J. Boente
Acting United States Attorney

_____
Della G. Sentilles
Special Assistant
United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed, postage prepaid, on this _____ day of March 2014 to:

Tiffany R. Gardner
324 Potomac Ave #B
Quantico, VA 22134

By: _____
Della G. Sentilles
Special Assistant
United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3834
Fax: (703) 299-3980
Della.sentilles@usdoj.gov