IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 1:14mj144 (JFA) |
| ) | |
| TIFFANY R. GARDNER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On April 14, 2014, counsel for the United States, counsel for the defendant, and the defendant appeared before the undersigned for a status conference. (Docket no. 6). During the status conference this matter was set for a bench trial to begin on Tuesday, June 10, 2014. After reviewing the recording of that status conference, it is clear that counsel for the defendant agreed to this matter being set as a bench trial. (FTR recording at 10:08-09 a.m.). In accordance with the schedule set during the status conference the defendant filed motions to suppress on May 27, 2014 (Docket nos. 7, 8) and the United States filed its opposition to those motions on June 3, 2014 (Docket no. 11). On June 4, 2014, less than one week before the scheduled trial date, the defendant filed a demand for jury trial. (Docket no. 12). In order to address the defendant's recent demand for a jury trial and to avoid possible inconvenience to the witness subpoenaed to testify (Docket no. 9) on June 10, 2014, it is hereby

ORDERED that the bench trial set on June 10, 2014, is cancelled but the court will have a hearing on the pending motions to suppress on June 10, 2014 at 10:00 a.m. Once the court hears and rules on the motions to suppress, and if a new trial date is

warranted, the court will set a new trial date after hearing argument on whether the matter should be tried as a bench trial or a jury trial.

Entered this 5th day of June, 2014.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia