IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:14-MJ-144 (JFA) |
| | ) | |
| TIFFANY GARDNER, | ) | Trial Date: August 5, 2014 |
| | ) | |
| Defendant | ) | |
| | ) | |

## DEFENDANT'S PROPOSED *VOIR DIRE*

COMES NOW the Defendant, by and through counsel, Kevin Brehm, Assistant Federal Public Defender, and hereby respectfully requests that the following questions be included in the jury *voir dire*:

1.     Have any of you, or a relative or very close friend, ever been arrested, convicted, or given a citation or ticket for driving under the influence or for possession of a drug? If so, would that experience make it difficult for you to be fair to the defendant in this case?

2.     Have any of you, or a relative or very close friend, ever been harmed or injured by someone driving under the influence, or by someone using drugs? If so, would that experience make it difficult for you to be fair to the defendant in this case?

3.     Have any of you, or a relative or very close friend, ever worked in law enforcement, including military police? If so, when and where? Would that experience make it difficult for you to be fair to the defendant in this case?

4.	Do any of you believe that the testimony of a law enforcement officer, including a military police officer, is more credible than the testimony of any other witness?

5.	Would any of you be prejudiced against the defendant because of the nature of the charges, such as driving under the influence or illegal possession of a drug?

6.	Have you, or any of your relatives or very close friends, ever been a member of any organization that deals with issues related to driving under the influence, such as Mothers Against Drunk Driving (MADD)?

7.	Have you, or any of your relatives or very close friends, ever received any form of treatment or counseling related to alcohol or drug use?

8.	Have you, or any of your relatives or very close friends, ever worked or lived at the Marine Corps base at Quantico, Virginia?

9.	Do you know, or think you might know, any of the following persons: John Bonnecarrere, Kevin George, or John Covey.

10.	Have you ever served on a criminal trial jury or a grand jury before?

Respectfully submitted,

TIFFANY GARDNER

By Counsel,

Michael S. Nachmanoff,
Federal Public Defender

By: _____/s/_____

                    Kevin Brehm
                    Assistant Federal Public Defender
                    VA Bar No. 82895
                    Attorney for Tiffany Gardner
                    Office of the Federal Public Defender
                    1650 King Street, Suite 500
                    Alexandria, Virginia 22314
                    703-600-0825
                    703-600-0880 (fax)
                    kevin_brehm@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of July, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jeffrey Tharp, Esquire
Special Assistant U.S. Attorney
2100 Jamieson Ave.
Alexandria, Virginia, 22314
(703) 299-3706
(703) 299-3980 (facsimile)
jeffrey.tharp@usdoj.gov

                                     /s/
                                  Kevin Brehm
                                  Assistant Federal Public Defender
                                  VA Bar No. 82895
                                  Attorney for Tiffany Gardner
                                  Office of the Federal Public Defender
                                  1650 King Street, Suite 500
                                  Alexandria, Virginia 22314
                                  703-600-0825
                                  703-600-0880 (fax)
                                  kevin_brehm@fd.org