IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:14-MJ-144 (JFA) |
| | ) | |
| TIFFANY R. GARDNER, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**DEFENDANT'S WITHDRAWAL OF DEMAND FOR JURY TRIAL**

COMES NOW Defendant, TIFFANY R. GARDNER, by and through her attorney, Kevin Brehm, and hereby withdraws her previous demand for a Jury Trial in this case. The reason is that Ms. Gardner will be entering a *guilty plea* pursuant to an agreement and joint recommendation reached by the parties after they conferred following the filing of the jury demand. Therefore, it is no longer necessary to assemble a jury pool for this case. In mutual reliance on the settlement reached in this case, the parties will no longer prepare for trial or subpoena witnesses.

Respectfully submitted,

TIFFANY R. GARDNER

By Counsel,

Michael S. Nachmanoff,
Federal Public Defender

By:        /s/
     Kevin Brehm
     Assistant Federal Public Defender

        VA Bar No. 82895
Attorney for Tiffany R. Gardner
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
703-600-0825
703-600-0880 (fax)
 kevin_brehm@fd.org

CERTIFICATE OF SERVICE

      I hereby certify that on the 21st day of July, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jeffrey Tharp, Esquire
Special Assistant U.S. Attorney
2100 Jamieson Ave.
Alexandria, Virginia, 22314
(703) 299-3700
(703) 299-3980 (facsimile)
jeffrey.tharp@usdoj.gov

        _____/s/_____
Kevin Brehm
Assistant Federal Public Defender
VA Bar No. 82895
 Attorney for Tiffany R. Gardner
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
703-600-0825
703-600-0880 (fax)
 kevin_brehm@fd.org